UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>RANDY ESTEVEZ,<br>                    Defendant. | 24 Cr. 00575 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

The Court has been informed that Defendant Randy Estevez may wish to enter a change of plea.  Accordingly, on **November 13, 2024** at **11:00 a.m.**, a change of plea hearing will take place in Courtroom 12B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.  The pretrial conference scheduled for November 13 is canceled.

By **November 6, 2024**, the parties shall file a letter updating the Court on the status of discussions relating to 16 Cr. 307.

The Clerk of Court is directed to terminate ECF No. 12.

SO ORDERED.

Dated: October 25, 2024
       New York, New York

*Jennifer H. Rearden*
_____
JENNIFER H. REARDEN
United States District Judge